KATHRYN N. NESTER, Federal Public Defender (#13967)
WENDY M. LEWIS, Assistant Federal Public Defender (#5993)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE JOSEPH SALAZAR,<br>Defendant. | DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS<br><br>Case No. 2:13 CR 290 RJS |
|---|---|

The Defendant, Eugene Joseph Salazar, through undersigned counsel, pursuant to DUCrimR 31-1(b), submits the following statement with respect to the Presentence Report ("PSR"):

1. The Defendant objects to any request for restitution as provided for in Paragraph 60 of the PSR, the Defendant has no other objections.

DATED this 4th day of February, 2014.

                                         */s/ Wendy M. Lewis*
                                         Wendy M. Lewis
                                         Assistant Federal Defender